Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
dquinn@richmondquinn.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THOMAS G. DISTASIO,<br><br>             Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>             Defendant. | Case No. 3:19-cv-_____ |

### PRUDENTIAL INSURANCE COMPANY OF AMERICA'S NOTICE OF REMOVAL OF CIVIL ACTION

Defendant, The Prudential Insurance Company of America, incorrectly sued as Prudential Insurance Company of America, ("Prudential"), through its undersigned counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, respectfully notices the removal of the captioned action to the United States District Court for the District of Alaska, from the Superior Court for the State of Alaska, Third Judicial District at Anchorage. The grounds for removal are as follows:

Prudential Insurance Company of America's Notice Of Removal of Civil Action
Thomas G. DiStasio v. Prudential Insurance Company of America, Case No. 3AN-19-08195 CI
Page 1 of 6

Case 3:19-cv-00214-JWS   Document 1   Filed 08/05/19   Page 1 of 6

1. Upon information and belief, on or about July 9, 2019, Plaintiff Thomas G. Di Stasio ("Plaintiff") filed a Complaint in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, captioned, <u>Thomas G. Di Stasio v. Prudential Insurance Company of America</u>, and bearing case number 3AN-19-8195 (the "State Court Action"). A copy of the Complaint was first received by Prudential, through an authorized agent of process, on July 17, 2019, and is annexed hereto as **Exhibit 'A'** in accordance with 28 U.S.C. § 1446(a).

2. This Court has original federal question jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 and 29 U.S.C §1132(a)(2) of the Employee Retirement Income Security Act of 1974 ("ERISA"), which gives the District Court jurisdiction to hear civil actions relating to benefits due under the terms of an employee welfare benefit plan brought by, among other parties, a participant, beneficiary, or a fiduciary. The group life insurance policy at issue in this action is an employee welfare benefit plan governed by ERISA. This basis for jurisdiction is consistent with general federal question jurisdiction under 28 U.S.C. § 1331, which gives the District Court jurisdiction over actions arising under the laws of the United States. In the Complaint, Plaintiff seeks receipt of life insurance benefits due under the ERISA-regulated group life insurance plan at issue. In addition, for the purpose of processing this claim, Prudential had a degree of discretionary authority consistent with the definition of fiduciary set forth in 29 U.S.C. § 1002(21)(A)(iii).

Prudential Insurance Company of America's Notice Of Removal of Civil Action
<u>Thomas G. DiStasio v. Prudential Insurance Company of America</u>, Case No. 3AN-19-08195 CI
Page 2 of 6

Case 3:19-cv-00214-JWS   Document 1   Filed 08/05/19   Page 2 of 6

3. This Court has jurisdiction under 28 U.S.C. § 1332(a) in that the parties are of diverse citizenship and the amount in controversy exceeds $75,000.00. Prudential is a New Jersey citizen for diversity purposes. Upon information and belief, the Plaintiff is a citizen of Alaska. The benefits at issue are $194,000, exclusive of any interest.

## THE PARTIES

4. Upon information and belief, Plaintiff is a citizen of Alaska and domiciled in Anchorage, Alaska.

5. Prudential is a corporation organized and existing under the laws of New Jersey, with its principal places of business in New Jersey.

### 1. THE STATE COURT ACTION

6. On or about July 17, 2019, Prudential received service of the State Court Action and Complaint by service through an authorized agent of process. Accordingly, this Notice of Removal, filed within the thirty-day period prescribed by 28 U.S.C. § 1446, is timely.

7. The Complaint alleges that Plaintiff is entitled to the proceeds of a group life insurance policy due as a result of the death of Julie L. Lapp (the "Insured"). *See Complaint par. 4.*

## THIS COURT'S REMOVAL JURISDICTION

8. Title 28 U.S.C. § 1441(a) and (c) and Title 28 U.S.C. § 1331 provide the basis for removal jurisdiction to this Court. Plaintiff alleges claims to recover payment for

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

Prudential Insurance Company of America's Notice Of Removal of Civil Action
Thomas G. DiStasio v. Prudential Insurance Company of America, Case No. 3AN-19-08195 CI
Page 3 of 6

Case 3:19-cv-00214-JWS   Document 1   Filed 08/05/19   Page 3 of 6

life insurance benefits under an employee welfare benefit plan which is governed by the federal law of ERISA.

9. The State Court Action involves Plaintiff's claims for distribution of ERISA-regulated plan benefits payable as a result of the death of the Insured under Group Life Insurance Policy Number G-45034, which was issued by Prudential to Broadridge Financial (the "Plan").

10. ERISA preempts any state law claims alleged in Plaintiff's action and provides the exclusive administrative and federal remedies for resolution of claims relating to ERISA plans. See ERISA § 502 (a)(1)(B), 29 U.S.C. § 1132 (a)(1)(B); see also Pilot Life Ins. Co. v. Dedeaux, 481 U.S. 41 (1987). A cause of action filed in state court which is preempted by ERISA and falls within the scope of Section 502 (a)(1) is removable to federal court under 28 U.S.C. § 1441(a) as an action arising under federal law. See Metropolitan Life Ins. Co. v. Taylor, 481 U.S. 58 (1987). Therefore, this Court has original federal jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e).

11. The timing requirements of 28 U.S.C. § 1446(b) have been satisfied in that this Notice of Removal has been filed with this Court within thirty (30) days after receipt of the Complaint by Prudential. The time for filing this Notice of Removal has not expired under 28 U.S.C. § 1446(b).

12. The United States District Court for the District of Alaska is the appropriate court to which this action should be removed because this district is the district embracing

Prudential Insurance Company of America's Notice Of Removal of Civil Action
Thomas G. DiStasio v. Prudential Insurance Company of America, Case No. 3AN-19-08195 CI
Page 4 of 6

Case 3:19-cv-00214-JWS   Document 1   Filed 08/05/19   Page 4 of 6

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

actions filed in the Superior Court for the State of Alaska in the Third Judicial District at Anchorage.

13. A true and correct copy of this Notice of Removal is being served upon Plaintiff as required by law under 28 U.S.C. § 1446(d).

14. A true and correct copy of this Notice of Removal is also being filed promptly with the Clerk of the Superior Court for the State of Alaska in the Third Judicial District at Anchorage, in accordance with 28 U.S.C. § 1446(d), **Exhibit B**.

WHEREFORE, Prudential hereby removes this action, currently pending in the Superior Court for the State of Alaska in the Third Judicial District at Anchorage, to the United States District Court for the District of Alaska.

DATED this 5th day of August 2019 at Anchorage, Alaska.

RICHMOND & QUINN

By _____
Daniel T. Quinn, ABA 8211141
dquinn@richmondquinn.com
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953

Attorneys for Defendant

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

Prudential Insurance Company of America's Notice Of Removal of Civil Action
Thomas G. DiStasio v. Prudential Insurance Company of America, Case No. 3AN-19-08195 CI
Page 5 of 6

Case 3:19-cv-00214-JWS   Document 1   Filed 08/05/19   Page 5 of 6

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of August 2019, a copy of the foregoing was served by mail on the following:

Anne Helzer
310 K Street, Suite 200
Anchorage, AK 99501

_____
RICHMOND & QUINN

I:\2127\005\PLD\NOTICE OF REMOVAL -FEDERAL.docx

RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

Prudential Insurance Company of America's Notice Of Removal of Civil Action
Thomas G. DiStasio v. Prudential Insurance Company of America, Case No. 3AN-19-08195 CI
Page 6 of 6

Case 3:19-cv-00214-JWS   Document 1   Filed 08/05/19   Page 6 of 6