IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

THOMAS G. Di STASIO )
　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　)
vs. )
　　　　　　　　　　　　　　　　)
PRUDENTIAL INSURANCE COMPANY )
OF AMERICA )
　　　　　　　　　　　　　　　　)
　　　　　　　Defendant. )
_____) Case No. 3AN-19-0195 CI

**COMPLAINT**

Thomas G. Di Stasio, plaintiff, complains against Prudential Insurance Company of America, defendant, as follows:

1. Thomas G. Di Stasio is a resident of the State of Alaska. The Prudential Insurance Company of America, a corporation, does business in the State of Alaska.

2. Thomas G. Di Stasio is the surviving spouse of Julie L. Lapp, ("a/k/a" Julia L. Lapp). They were married at Reno Chapel in Reno, Nevada on March 15, 1980 (See attached, Exhibit A). They were never divorced, and were still married at the time of the death of Julie L. Lapp.

3. Julie L. Lapp died on April 28, 2018. A copy of her death certificate is attached as Exhibit B.

4. At the time of her death, the Prudential Life Insurance Company of America had a current life insurance policy on the life of Julie L. Lapp. The relevant policy control number for this policy is G-45034 and the claim number for the claim filed by Thomas Di Stasio is 11823066. Thomas G. Di Stasio, the surviving spouse of Julie L. Lapp, is the beneficiary of this policy.

5. Thomas G. Di Stasio is not certain of the amount of benefits that are due to him under the policy. It has been reported at $194,000.00 at one time and $290,000.00

Anne Helzer, Attorney at Law
310 K Street Suite 200 Anchorage, Alaska 99501
Direct: (907) 264-6647 Fax:(907) 264-6602
Email: annehelzer@thehelzerlaw.com

COPY
Original Received
JUL 09 2019
Clerk of the Trial Courts

Exhibit A
Page 1 of 3 Pages

at another.

6. On April 22, 2019 Thomas Di Stasio filed a claim with Prudential Insurance Company of America for the payment of the policy benefits.

7. The Prudential Insurance Company of America has failed to pay the benefits under this policy to Thomas Di Stasio, and continues to do so.

7. Thomas Di Stasio is entitled to be paid the benefits under this policy.

WHEREFORE, Thomas G. Di Stasio requests judgment against the Prudential Insurance Company of America, for the following:

1. An order directing that Prudential Insurance of America pay the benefits of the life insurance policy to Thomas G. Di Stasio.

2. A judgment in the amount of the policy held by decedent Julie L. Lapp against Prudential Insurance Company of American,

3. An award of pre-judgment interest at the legal rate, costs, and reasonable attorney fees, and;

4. Such and further relief that this Court may deem just and proper.

DATED this 9th day of July 2019.

LAW OFFICES OF ANNE HELZER
Attorney for Thomas G. De Stasio

By _____
Anne Helzer
ABA No. 0911054

Anne Helzer, Attorney at Law
310 K Street Suite 200 Anchorage, Alaska 99501
Direct: (907) 264-6647 Fax: (907) 264-6602
Email: annehelzer@helzerlaw.com

Complaint
Page 2

Exhibit A
Page 2 of 3 Pages

VS-4848 4/04  #23-AMENDED PER FH 9/26/18
STATE OF CONNECTICUT — CERTIFICATE OF DEATH
DEPARTMENT OF PUBLIC HEALTH — OFFICE OF CHIEF MEDICAL EXAMINER

STATE FILE NUMBER: —

1. DECEDENT'S LEGAL NAME: Julie Lou Lapp
2. SEX: Female
3. ACTUAL OR PRESUMED DATE OF DEATH: April 28, 2018
4. ACTUAL OR PRESUMED TIME OF DEATH: 10:01 PM
5. Age at last birthday: 62
7. Date of Birth: 03-20-1956
8. BIRTHPLACE: Las Vegas, Nevada
9. RESIDENCE-STATE: Connecticut
10. RESIDENCE-COUNTY: Hartford
11. RESIDENCE-CITY OR TOWN: Manchester
12. RESIDENCE-STREET AND NO.: 23 Lyness St.
14. ZIP CODE: 06040
15. EVER IN US ARMED FORCES?: No
16. MARITAL STATUS AT TIME OF DEATH: Unknown
18. FATHER'S NAME: Harold Lapp
19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: U/A
20. INFORMANT'S NAME: Stanley Sousa
21. INFORMANT'S RELATIONSHIP: Friend
22. MAILING ADDRESS: 23 Lyness St., Manchester CT 06040
24. IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: (Inpatient)
25. FACILITY NAME: St. Francis Hospital & Med Ctr
26. CITY OR TOWN OF DEATH & ZIP CODE: Hartford 06105
27. COUNTY OF DEATH: Hartford
28. METHOD OF DISPOSITION: Cremation
29. DISPOSITION: Springfield Crematory
30. LOCATION: Springfield, MA
31. DATE: 05-08-18
32. WAS BODY EMBALMED?: No
33. FUNERAL FACILITY: Abbey Cremation, 511 Brook St, Rocky Hill, CT 06067
35. LICENSE NUMBER: 2675
36. M.E. CASE NUMBER: 18-08226
37. DATE PRONOUNCED DEAD: 04/28/2018
38. TIME PRONOUNCED: 10:01 PM
39. WAS AN AUTOPSY PERFORMED?: No

40. CAUSE OF DEATH — PART I:
(a) Sepsis due to Endocarditis Complicating Chronic Alcoholism

44. MANNER OF DEATH: Natural

52. CERTIFIER: Gregory A. Vincent, M.D.
Title: Associate Medical Examiner
Date Certified: May 5, 2018

53. MAILING-CERTIFIER: Office of the Chief Medical Examiner, 11 Shuttle Road, Farmington, CT 06032-1939

THIS CERTIFICATE WAS RECEIVED FOR RECORD ON: MAY 10 2018
BY: John V Bazzano, Registrar 2018

56. DECEDENT'S RACE: White
57. DECEDENT'S USUAL OCCUPATION: Project Manager
58. KIND OF BUSINESS/INDUSTRY: Billing
SOCIAL SECURITY NUMBER: 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

I CERTIFY THAT THIS IS A TRUE COPY OF THE CERTIFICATE AS RECORDED IN THIS OFFICE:
ATTESTED: John V Bazzano 2019
DATED: April 23, 2019
REGISTRAR OF VITAL STATISTICS
"SEAL"
CITY OF HARTFORD, CONNECTICUT
NOT VALID WITHOUT SEAL OF THE "HARTFORD HEALTH DEPARTMENT"

Exhibit A
Page 3 of 3 Pages