Daniel T. Quinn
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
dquinn@richmondquinn.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THOMAS G. Di STASIO,<br><br>    Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 3:19-cv-00214-JWS |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>STANLEY SOWA,<br><br>    Third-Party Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) and (ii)**

NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)
Thomas G. DiStasio v. Prudential Insurance Company of America, Case No. 3:19-cv-00214-JWS
Page 1 of 3

Case 3:19-cv-00214-JWS   Document 11   Filed 10/31/19   Page 1 of 3

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (ii), Plaintiff, Thomas G. DiStasio and Defendant and Third-Party Plaintiff, The Prudential Insurance Company of America, through undersigned counsel, hereby give notice that the captioned action is voluntarily dismissed with prejudice.[1] The matter has been settled outside of these proceedings.

DATED this 31st day of October, 2019.

RICHMOND & QUINN

By /s/ Daniel T. Quinn
   Daniel T. Quinn, ABA 8211141
   dquinn@richmondquinn.com
   360 K Street, Suite 200
   Anchorage, AK 99501
   Ph: (907) 276-5727
   Fax: (907) 276-2953
   Attorneys for Defendant and Third-Party
   Plaintiff The Prudential Insurance
   Company of America

LAW OFFICES OF ANNE HELZER

By /s/ Anne Helzer
   Law Offices of Anne Helzer, Esq.
   310 K Street, #200
   Anchorage, AK 99501
   annehalzer@helzerlaw.com
   Attorney for Plaintiff
   Thomas G. DiStasio

---

[1] This matter was removed from Third Judicial District Superior Court at Anchorage by The Prudential Insurance Company of America on or about August 7, 2019. Stanley Sowa, the Third Party Defendant has not appeared or otherwise answered the complaint. The Parties have however settled this action.

NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)
Thomas G. DiStasio v. Prudential Insurance Company of America, Case No. 3:19-cv-00214-JWS
Page 2 of 3

Case 3:19-cv-00214-JWS   Document 11   Filed 10/31/19   Page 2 of 3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of October 2019, a copy of the foregoing was served electronically on the following:

Anne Helzer
310 K Street, Suite 200
Anchorage, AK 99501
annehalzer@helzerlaw.com

/s/ Daniel T. Quinn
RICHMOND & QUINN

I:\2127\005\PLD\NOTICE OF DISMISSAL.docx

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5727
FACSIMILE (907) 276-2953

NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)
Thomas G. DiStasio v. Prudential Insurance Company of America, Case No. 3:19-cv-00214-JWS
Page 3 of 3